NO. 30429

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 MAY 19 PM 1:09

E.M. RIMANDO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

FILED

MICHAEL C. TIERNEY, Petitioner,

vs.

THE HONORABLE RICHARD K. PERKINS, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING
(S.P.P. No. 10-1-0018)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the May 4, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, May 19, 2010.